UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20327-WILLIAMS

UNITED STATES OF AMERICA,

v.

WALTER GEORGE BECHTEL, III,

Defendant.
_____/

## FACTUAL PROFFER

Had the United States proceeded to trial, the government would have proven beyond a reasonable doubt that on or about June 9, 2025, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant, **WALTER GEORGE BECHTEL, III**, did knowingly transmit in interstate commerce a communication containing any threat to injure the person of another, that is, "I will kill you personally old man," with the intent to communicate a threat and with the knowledge that it would be viewed as a threat, in violation of Title 18, United States Code, Section 875(c).

In the instant case, on June 9, 2025, the U.S. Capitol Police Threat Assessment Section received a report that a threatening social media communication directed at a U.S. Senator had been posted on the Senator's official X account from the X account, @SPFPGE. The reported X post by the X account @SPFPGE stated "Why don't you go buy another house you fake fuck. You used to hate millionaires when you first started and then began to hate billionaires once you yourself became a millionaire through shady backroom deals. I will kill you personally old man. (Smiling Halo Emoji)"

1

Specifically, the account @SPFPGE had replied to a post from the official verified account of a U.S. Senator that was verified with a grey checkmark from X, which indicates that the account represented a government organization or official.

During the course of law enforcement's investigation, X Corp. provided subscriber details associated with the X account @SPFPGE which included an account ID of 17809879644256788550, an account creation date of April 18, 2024, an email address of wgbechtel@gmail.com, and a series of IP addresses associated with the X account @SPFPGE's login activity.

Further investigation by law enforcement uncovered login activity IP addresses that revealed a general user location in the Miami, FL area and open source research indicated that the IP addresses were managed by service provider T-Mobile via a cellular network connection. Database checks conducted on the email address wgbechtel@gmail.com indicated association to two individuals, Walter George Bechtel Jr. and the defendant, **WALTER GEORGE BECHTEL III**, listing both individuals at address 7820 S.W. 95th St, Miami, FL 33156.

Thereafter, law enforcement obtained additional records for the email account wgbechtel@gmail, which revealed a subscriber phone number of 954-263-5457 and a postal address of 7820 SW 95th St, Miami FL 33156. Database checks were thereafter conducted on telephone number 954-263-5457, which revealed an association to **WALTER GEORGE BECHTEL III**, and not Bechtel Jr.

Thereafter, on June 23, 2025, law enforcement agents ultimately located and interviewed **WALTER GEORGE BECHTEL III** and when agents indicated that the interview was in reference to a threat against a U.S. Senator, **WALTER GEORGE BECHTEL III** stated, "Oh shit, yeah, that guy."

The interviewing agent then asked whether **WALTER GEORGE BECHTEL III** had an X account, to which he stated, "I do" and confirmed himself as the user of the X account @SPFPGE. **WALTER GEORGE BECHTEL III** then admitted in a recorded interview to making the threatening post against the U.S. Senator. When read the threatening post, **WALTER GEORGE BECHTEL III** replied "Yup, I said that. I don't know how I'm going to kill him but if I came across him, I would probably hurt him." The above threats traveled in interstate commerce.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 10/2/25   By: _____
MARC S. ANTON
ASSISTANT U. S. ATTORNEY

Date: 10/2/25   By: _____
JEAN-PIERRE GILBERT
ATTORNEY FOR DEFENDANT

Date: 10/2/25   By: _____
WALTER GEORGE BECHTEL, III
DEFENDANT

3